IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | CRIM. NO. 5:22-CR-00044 |
| : | |
| MARIAH SHARP, : | |
| : | |
| Defendant. : | |
| : | |

### ORDER DISMISSING THE INDICTMENT AS TO MARIAH SHARP

Before the Court is the Government's Motion to Dismiss the Indictment as to Defendant Mariah Sharp. The Government has indicated that based on changed circumstances, the interests of justice are better served by this dismissal.

The Court, having reviewed the motion, finds good cause exists to grant the Government's motion to dismiss. Accordingly, pursuant to Rule 48(a), the charge against Defendant Sharp is DISMISSED.

**SO ORDERED**, this 13th day of April, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT